David T. Biderman (Bar No. 101577)
DBiderman@perkinscoie.com
Joshua A. Reiten (Bar No. 238985)
JReiten@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
General Mills, Inc., General Mills Sales, Inc., General Mills Operations, LLC, and Roxanne Ornelas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERI VAN LENGEN, et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.; GENERAL MILLS OPERATIONS, LLC, ROXANNE ORNELAS, AND DOES 1-50,<br><br>               Defendants. | Case No. 15-cv-02262-MCE-KJN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1), MOTION TO STRIKE CLASS ALLEGATIONS PURSUANT TO FRCP 12(f) AND 23(d)(1)(D), AND MOTION TO DISMISS PURSUANT TO 12(b)(6)**<br><br>Hearing Date: January 28, 2016<br>Time: 2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr. |

1  The motion of Defendants General Mills, Inc., General Mills Sales, Inc., General Mills
2  Operations, LLC, and Roxanne Ornelas to dismiss Plaintiffs' Complaint pursuant to FRCP
3  12(b)(1) and 12(b)(6), and to strike the Complaint's class allegations pursuant to FRCP 12(f) and
4  23(d)(1)(D) came on for hearing before this Court on January 28, 2016, at 2:00 p.m.  The Court,
5  having fully considered all relevant documents, authorities, evidence, and oral arguments, if any,
6  presented by Plaintiffs and Defendants, by and through their respective attorneys, **GRANTS**
7  Defendants' motion and **HEREBY ORDERS** that:

8   1. Pursuant to FRCP 12(b)(1), the Complaint is dismissed with prejudice for lack of
9      subject matter jurisdiction because, in the face of General Mills' recall and refund
10     program, there is no "live" claim for economic damages or injunctive relief.
11  2. Pursuant to FRCP 12(f) and 23(d)(1)(D), the class allegations as set forth in the
12     Complaint are stricken in their entirety with prejudice.
13  3. Pursuant to FRCP 12(b)(6), the First, Second, Third, Fourth, and Fifth causes of
14     action as against all defendants are dismissed with prejudice for failure to allege
15     facts sufficient to state claims for relief.

17 **IT IS SO ORDERED.**

20 Dated: _____          _____
21                                         Honorable Judge Morrison C. England, Jr.