1  David T. Biderman (Bar No. 101577)
   DBiderman@perkinscoie.com
2  Joshua A. Reiten (Bar No. 238985)
   JReiten@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, CA  94105-3204
   Telephone:  415.344.7000
5  Facsimile:  415.344.7050

6  Charles C. Sipos (*pro hac vice*)
   CSipos@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA  98101-3099
   Telephone:  206.359.8000
9  Facsimile:  206.359.9000

10 Attorneys for Defendants
   General Mills, Inc.; General Mills Sales, Inc.; General
11 Mills Operations, LLC; and Roxanne Ornelas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERI VAN LENGEN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.; GENERAL MILLS OPERATIONS, LLC, ROXANNE ORNELAS, AND DOES 1-50,<br><br>            Defendants. | Case No. 15-cv-02262-MCE-KJN<br><br>**STIPULATION AND ORDER RE: (1) CONTINUING HEARING DATE AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS/STRIKE, AND (2) CONTINUING DEADLINE FOR JOINT STATUS REPORT** |

Plaintiffs Keri Van Lengen and Deborah Nava and Defendants General Mills, Inc., General Mills Sales, Inc., General Mills Operations, LLC, and Roxanne Ornelas, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Defendants received service of Plaintiffs' complaint on November 4, 2015;

WHEREAS, pursuant to the Court's Order Requiring Joint Status Report (Dkt. 3), the parties are required to prepare and submit to the Court a joint status report by January 4, 2016 (*i.e.,* within 60 days of service of the complaint);

WHEREAS, on December 18, 2015, Defendants jointly filed a motion to strike the class allegations in Plaintiffs' complaint and motion to dismiss this action under Rules 12(b)(1) and 12(b)(6) (the "Motion"), which is currently noticed for a hearing on January 28, 2016;

WHEREAS, Plaintiffs have since requested that Defendants stipulate to a continuance of the hearing and the setting of a briefing schedule on the Motion;

WHEREAS, the parties agree that in the interest of judicial efficiency the deadline to file a joint status report should be continued until after the Court hears the Motion;

THEREFORE, the parties hereby stipulate and agree as follows:

1. The hearing on the Motion shall be February 25, 2016, at 2:00 p.m.;
2. Plaintiffs will file their opposition to the Motion on or before February 4, 2016;
3. Defendants will file their reply papers in support of the Motion on or before February 18, 2016;
4. The parties will, within 45 days of the hearing on the Motion, and subject to any intervening decision on the Motion, prepare and submit to the Court a joint status report pursuant to the Court's Order Requiring Joint Status Report (Dkt. 3).

///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: December 31, 2015                                **CUTTER LAW P.C.**

By: *s/ John R. Parker, Jr.* (as authorized on 12/31/15)
    John R. Parker, Jr.

Attorneys for Plaintiffs
Keri Van Lengen and Deborah Nava


DATED: December 31, 2015                                **PERKINS COIE LLP**

By: */s/ Joshua Reiten*
    Joshua Reiten

Attorneys for Defendants
General Mills, Inc., General Mills Sales, Inc.,
General Mills Operations, LLC, and Roxanne Ornelas

## ORDER

Pursuant to the foregoing stipulation, the hearing on the Motion shall be February 25, 2016, at 2:00 p.m. Plaintiffs will file their opposition to the Motion on or before February 4, 2016. Defendants will file their reply papers in support of the Motion on or before February 18, 2016. The parties will, within 45 days of the hearing on the Motion, and subject to any intervening decision on the Motion, prepare and submit to the Court a joint status report pursuant to the Court's Order Requiring Joint Status Report.

IT IS SO ORDERED.

Dated: January 11, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT