David T. Biderman (Bar No. 101577)
DBiderman@perkinscoie.com
Joshua A. Reiten (Bar No. 238985)
JReiten@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
General Mills, Inc.; General Mills Sales, Inc.; General
Mills Operations, LLC;

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NAVA, et al., | Case No. 15-cv-02262-MCE-KJN |
| Plaintiffs, | **STIPULATION AND ORDER RE: (1) EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD, (2) SETTING A COORDINATED BRIEFING SCHEDULE ON MOTION TO DISMISS** |
| v. | |
| GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.; GENERAL MILLS OPERATIONS, LLC, AND DOES 1-50, | L.R. 144(a) |
| Defendants. | |

**STIPULATION**

Pursuant to Local Rule 144(a), it is stipulated between and among Plaintiffs Deborah Nava and Katrina Whitney and Defendants General Mills, Inc., General Mills Sales, Inc., General Mills Operations, LLC ("Defendants"), by their respective attorneys as follows:

WHEREAS, Defendants received service of Plaintiffs' First Amended Complaint on May 25, 2016;

WHEREAS, Defendants' response to Plaintiffs' First Amended Complaint is presently due June 13, 2016;

WHEREAS, this action was previously deemed related to the action *Haddix v. General Mills*, No. 15-cv-2625 (Dkt. No. 21) per Local Rule 123(a);

WHEREAS, Plaintiff in the *Haddix* action has also recently filed a First Amended Complaint (*Haddix v. General Mills*, No. 15-cv-2625, Dkt. No. 18 (Jun. 7, 2016));

WHEREAS, in the interests of judicial efficiency and conserving party resources, counsel for Plaintiffs and Defendants in this action have conferred, and counsel for Defendants have conferred with counsel for Plaintiff in the *Haddix* action; and

WHEREAS, in both actions the parties have reached agreement on a briefing and hearing schedule set forth below with respect to Defendants' motion to dismiss the First Amended Complaint ("Motion"), so that the issues presented by the parties' briefing in these related cases will be submitted to the Court in a coordinated fashion;

WHEREAS, a stipulation and proposed Order setting forth the same schedule will be filed in *Haddix v. General Mills*, No. 15-cv-2625;

WHEREAS, the parties previously requested a brief 22-day extension to respond to the initial complaint, however, this is the first request for an extension to respond to the First Amended Complaint;

WHEREAS, this stipulation and request is being made as soon as the parties reached an agreement on a coordinated briefing schedule in both actions and is not being made for the purpose of delay;

WHEREAS, this extension will not alter any other currently-existing deadlines;

1  THEREFORE, the parties hereby stipulate and agree as follows:

2      1.  Defendants will file their Motion on or before July 8, 2016;

3      2.  Plaintiffs will file their opposition to the Motion on or before August 5,

4         2016;

5      3.  Defendants will file their reply papers in support of the Motion on or

6         before August 19, 2016;

7      4.  The hearing on the Motion will be September 8, 2016, at 2:00 p.m.

8  **IT IS SO STIPULATED.**

9  DATED:  June 13, 2016        **CUTTER LAW P.C.**

10

11  By:*/s/ John R. Parker, Jr.* (as authorized on 06/13/2016 )
    John R. Parker, Jr.

12  Attorneys for Plaintiffs

13  DATED:  June 13, 2016        **PERKINS COIE LLP**

14

15  By:  */s/ Charles C. Sipos*
    Charles C. Sipos

16  Attorneys for Defendants

17

18  **<u>ORDER</u>**

19      Pursuant to the foregoing stipulation, Defendants will file their Motion on or before

20  July 8, 2016.  Plaintiffs will file their opposition to the Motion on or before August 5, 2016.

21  Defendants will file their reply papers in support of the Motion on or before August 19, 2016.

22  The hearing on the Motion will be September 8, 2016, at 2:00 p.m.

23      IT IS SO ORDERED.

24  Dated:  June 20, 2016

25

26

27  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

28