David T. Biderman (Bar No. 101577)
DBiderman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
General Mills, Inc.; General Mills Sales, Inc.; General Mills Operations, LLC;

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NAVA, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.; GENERAL MILLS OPERATIONS, LLC, AND DOES 1-50,<br><br>           Defendants. | Case No. 15-cv-02262-MCE-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date:    October 20, 2016<br>Time:    2:00 p.m.<br>Judge:   Hon. Morrison C. England, Jr.<br>Courtroom: 7 |

# STIPULATION

Plaintiffs Deborah Nava and Katrina Whitney and Defendants General Mills, Inc., General Mills Sales, Inc., General Mills Operations, LLC ("Defendants"), by their respective attorneys, stipulate as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint on May 25, 2016 [ECF No. 22];

WHEREAS, on July 8, 2016 Defendants filed a Motion to Dismiss the Amended Complaint scheduling the hearing for September 8, 2016 [ECF No. 25];

WHEREAS, the Motion to Dismiss is fully briefed and on September 2, 2016, the Court reset the hearing on the Motion to Dismiss to October 20, 2016, at 2:00 p.m. [ECF No. 32]; and

WHEREAS, the parties have met and conferred and request that the Court continue the October 20, 2016 hearing on the pending Motion to Dismiss to December 8, 2016, and that the Court hold decision on the Motion to Dismiss in abeyance until that time;

WHEREAS, a stipulation and proposed Order requesting the same continuance is being concurrently filed in the related matter *Haddix v. General Mills*, No. 15-cv-02625-MCE-KJN, which also has a hearing scheduled for October 20, 2016, at 2:00 p.m. in this Court;

WHEREAS, in both this action and the *Haddix* action, this stipulation and request is being sought because the Parties have reached agreement in principle that will resolve the matter that they expect to finalize prior to the requested December 8, 2016, requested continuance date; and

WHEREAS, this stipulation and request is being made as soon as the parties reached an agreement to seek a continuance.

THEREFORE, the parties hereby stipulate and agree as follows:

1. The hearing on Defendants' Motion to Dismiss be continued from October 20, 2016, to December 8, 2016, and that the Court hold decision on the Motion to Dismiss in abeyance until that time.

**IT IS SO STIPULATED.**

DATED: October 13, 2016  **CUTTER LAW P.C.**

By: *s/ John R. Parker, Jr.*
    John R. Parker, Jr.

Attorneys for Plaintiffs
Deborah Nava and Katrina Whitney

DATED: October 13, 2016  **PERKINS COIE LLP**

By: *s/ Charles C. Sipos*
    Charles C. Sipos

Attorneys for Defendants
General Mills, Inc., General Mills Sales, Inc.,
General Mills Operations, LLC

## ORDER

Pursuant to the parties' stipulation and good cause appearing, in an effort to promote resolution of the matter, the Court hereby orders that the hearing on Defendants' Motion to Dismiss be continued from October 20, 2016 to **December 15, 2016**.

IT IS SO ORDERED.

DATED: October 17, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE