C. Brooks Cutter, Esq., (SBN 121407)
John R. Parker, Jr., Esq. (SBN 257761)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile:  (916) 669-4499
bcutter@cutterlaw.com
jparker@cutterlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NAVA and KATRINA WHITNEY, on behalf of themselves, and a class of similarly situated persons, | **Case No. 15-cv-02262-MCE-KJN** |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| GENERAL MILLS, INC., GENERAL MILLS SALES, INC., GENERAL MILLS OPERATIONS, LLC, AND DOES 1 – 50, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

In accordance with Local Rule 160, notice is hereby given that Plaintiffs' claims against Defendants have been resolved.  Any trials or other hearings in this matter may be stricken from the Court's calendar. This notice is being filed with the consent of the parties.

Plaintiffs intend to file a Stipulation for Dismissal or a status report within 30 days.

DATED: December 13, 2016                    CUTTER LAW, P.C.

By:   */s/ John R. Parker, Jr.*_____
        JOHN R. PARKER, JR.
        Attorneys for Plaintiffs