C. Brooks Cutter, Esq., (SBN 121407)
John R. Parker, Jr., Esq. (SBN 257761)
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile:  (916) 669-4499
bcutter@cutterlaw.com
jparker@cutterlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NAVA and KATRINA WHITNEY, on behalf of themselves, and a class of similarly situated persons, | **Case No. 15-cv-02262-MCE-KJN** |
| Plaintiffs, | **STATUS REPORT** |
| v. | |
| GENERAL MILLS, INC., GENERAL MILLS SALES, INC., GENERAL MILLS OPERATIONS, LLC, AND DOES 1 – 50, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

As previously noted to the Court and all parties, Plaintiffs' claims against Defendants have been resolved and the parties have been perfecting the final settlement agreement.  The parties intend to file a final Stipulation for Dismissal on or before February 6, 2017.

DATED: January 17, 2016                        CUTTER LAW, P.C.

By:    */s/ John R. Parker, Jr.*
            JOHN R. PARKER, JR.
            Attorneys for Plaintiffs