C. Brooks Cutter, Esq., (SBN 121407)
John R. Parker, Jr., Esq. (SBN 257761)
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile:  (916) 669-4499
bcutter@cutterlaw.com
jparker@cutterlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NAVA and KATRINA WHITNEY, on behalf of themselves, and a class of similarly situated persons,<br><br>                 Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC., GENERAL MILLS SALES, INC., GENERAL MILLS OPERATIONS, LLC, AND DOES 1 – 50,<br><br>                 Defendants. | **Case No. 15-cv-02262-MCE-KJN**<br><br><br><br>**JOINT STIPULATION OF DISMISSAL** |

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this

action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), each party to bear its own costs and fees.

DATED: February 7, 2017                    CUTTER LAW, P.C.

                                        By:    /s/ John R. Parker, Jr.
                                               JOHN R. PARKER, JR.
                                               Attorneys for Plaintiffs

-1-

1    DATED: February 7, 2017                    PERKINS COIE LLP

2                                        By:    */s/Charles C. Sipos*_____

3                                               CHARLES C. SIPOS
                                                Attorneys for Defendants
4

5    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7

8
     DATED:                              _____
9                                        MORRISON C. ENGLAND, JR., JUDGE
                                         UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER