1  C. Brooks Cutter, Esq., (SBN 121407)
2  John R. Parker, Jr., Esq. (SBN 257761)
   CUTTER LAW P.C.
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone: (916) 290-9400
   Facsimile:  (916) 669-4499
5  bcutter@cutterlaw.com
   jparker@cutterlaw.com
6
7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH NAVA and KATRINA WHITNEY, on behalf of themselves, and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC., GENERAL MILLS SALES, INC., GENERAL MILLS OPERATIONS, LLC, AND DOES 1 – 50,<br><br>Defendants. | Case No. 15-cv-02262-MCE-KJN<br><br>**JOINT STIPULATION OF DISMISSAL; ORDER** |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and fees.

DATED: February 7, 2017                    CUTTER LAW, P.C.

                                    By:   */s/ John R. Parker, Jr.*
                                          JOHN R. PARKER, JR.
                                          Attorneys for Plaintiffs

-1-

STIPULATION AND ORDER

| | |
|---|---|
| DATED: February 7, 2017 | PERKINS COIE LLP |
| | By:  /s/Charles C. Sipos |
| | CHARLES C. SIPOS |
| | Attorneys for Defendants |

**ORDER**

Pursuant to the above stipulation, this action is DISMISSED with prejudice, each party to bear its own costs and fees.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  February 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE